| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>HOLLAND & KNIGHT LLP<br>Barbra R. Parlin, Esq. (NJ Bar No. 008211995)<br>787 Seventh Avenue<br>New York, New York 10019<br>Tel.: (212) 513-3200<br>Fax: (212) 385-9010<br>barbra.parlin@hklaw.com<br>*Counsel for Cardinal Marine, LLC* | |
| In re CORBETT AGGREGATES COMPANIES, LLC<br>Debtor. | Case No.: 24-21132<br><br>Chapter: 7 |

# NOTICE OF SERVICE OF SUBPOENA

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Bankr. P. 9061 and Fed. R. Civ. P. 45, on December 13, 2024, creditor Cardinal Marine, LLC served a subpoena to produce documents and information on non-party Empire State Bank. A true and correct copy of the subpoena served on Empire State Bank is attached hereto as Exhibit A.

Dated: December 16, 2024

                                                         **HOLLAND & KNIGHT LLP**

                                                         **By:** /s/ Barbra R. Parlin
                                                         Barbra R. Parlin, Esq. (NJ Bar No. 008211995)
                                                         787 Seventh Avenue
                                                         New York, NY 10019
                                                         Tel.: (212) 513-3200
                                                         Fax: (212) 385-9010
                                                         **barbra.parlin@hklaw.com**

                                                         *Attorneys for Cardinal Marine, LLC*